# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPH BOREL-DONOHUE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>WELBILT, INC., HUBERTUS M. MUEHLHAEUSER, JOHN O. STEWART and HARESH SHAH, | Case No. 8:19-cv-00191-WFJ-CPT |

## MOTION FOR SPECIAL ADMISSION
## AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, Christoph Borel-Donohue ("Plaintiff"), by and through his undersigned attorneys, moves this Court for an order allowing Jeremy A. Lieberman ("Mr. Lieberman"), J. Alexander Hood II ("Mr. Hood"), Jonathan Lindenfeld ("Mr. Lindenfeld"), and Patrick V. Dahlstrom ("Mr. Dahlstrom"), of Pomerantz, LLP, and Peretz Bronstein ("Mr. Bronstein") of Bronstein, Gewirtz & Grossman LLC, to appear in this Court as co-counsel on behalf of Plaintiff in the above-styled lawsuit. In support of this motion, Plaintiff states:

      1.      Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein and their law firms, Pomerantz LLP and Bronstein, Gewirtz & Grossman LLC, have been retained to represent Plaintiff as co-counsel in all proceedings conducted in this case.

      2.      Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein are not residents of Florida or admitted to practice in the Middle District of Florida. They do not maintain a regular practice of law in Florida and have not abused the privilege of appearing *pro*

*hac vice* in this Court, as defined by Local Rule 2.02(a).

3. Mr. Lieberman is a member in good standing and admitted to practice before the State Bar of New York, with New York Bar Number 4161352. Mr. Lieberman is also admitted to practice and in good standing in the United States District Courts the following:

U.S. District Court for the Southern District of New York, Eastern District of New York, Northern District of Illinois, Southern District of Texas, District of Colorado, and the Eastern District of Michigan.

4. Mr. Hood is a member in good standing and admitted to practice before the State Bar of New York, with New York Bar Number 5030838. Mr. Hood is also admitted to practice and in good standing in the United States District Courts the following:

U.S. District Court for the Southern District of New York, Eastern District of New York, District of Colorado, Eastern District of Michigan, and Northern District of Illinois.

5. Mr. Lindenfeld is a member in good standing and admitted to practice before the State Bar of New York, with New York Bar Number 5439948 and the State Bar of New Jersey, with New Jersey Bar Number 165142015. Mr. Lindenfeld is also admitted to practice and in good standing in the United States District Courts the following:

U.S. District Court for the Southern District of New York, and the District of New Jersey.

6. Mr. Dahlstrom is a member in good standing and admitted to practice before the State Bar of Illinois, with Illinois Bar Number 6269196. Mr. Dahlstrom is also admitted to practice and in good standing in the United States District Courts the following:

U.S. District Court for the Eastern District of New York, Southern District of New York, Northern District of Illinois, Northern District of Indiana, District of Colorado, Western District of Pennsylvania, and Eastern District of Wisconsin.

7. Mr. Bronstein is a member in good standing and admitted to practice before the State Bar of New York, with New York Bar Number 2155067. Mr. Bronstein is also admitted to practice and in good standing in the United States District Courts the following:

U.S. District Court for the Southern District of New York and Eastern District of New York.

8. Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein are familiar with and will be governed by the Local Rules, United States District Court, Middle District of Florida, including Local Rule 2.04. Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein are familiar with and will be governed by the Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

9. Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein designate James L. Davidson and the law firm of Greenwald Davidson Radbil PLLC, 5550 Glades Road, Suite 500, Boca Raton, FL 33431, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Mr. Davidson will serve as local counsel in this matter.

10. Through his signature below, Mr. Davidson consents to such designation and certifies that Mr. Lieberman, Mr. Hood, Mr. Lindenfeld, Mr. Dahlstrom, and Mr. Bronstein will comply with the e-filer registration and fee requirements of Local Rule 2.01(d). The pertinent e-filer registrations will be completed by February 8, 2019 for those attorneys who are not already registered, and the pertinent fees will be mailed to the Clerk of the Court by February 8, 2019.

WHEREFORE, pursuant to Local Rule 2.02(a), Plaintiff respectfully requests that this Court enter an order admitting Jeremy A. Lieberman, J. Alexander Hood II, Jonathan Lindenfeld, Patrick V. Dahlstrom, and Peretz Bronstein to practice before this Court by special admission in the above-captioned matter.

Dated:  February 7, 2019                              Respectfully submitted,

*/s/ James L. Davidson*
James L. Davidson
FL. Bar No.: 723371
**GREENWALD DAVIDSON RADBIL PLLC**
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684
jdavidson@gdrlawfirm.com

*Local Counsel for Plaintiff*

**POMERANTZ LLP**
Jeremy A. Lieberman (Trial Counsel)*
J. Alexander Hood II*
Jonathan Lindenfeld*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com
jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom*
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for Plaintiff*

*\* seeking admission pro hac vice*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE. 3.01(g)

As Defendants have not yet been served with process or made an appearance in this case, and given the fourteen day deadline within which an attorney seeking special admission must move for such admission, L.R. 2.02(a), I was unable to confer with opposing counsel regarding the relief requested herein.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on February 7, 2019 using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *James L. Davidson*
James L. Davidson