UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPH BOREL-DONOHUE, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>WELBILT, INC., HUBERTUS M. MUEHLHAEUSER, JOHN O. STEWART and HARESH SHAH,<br><br>                        Defendants. | Case No. 8:19-cv-00191-WFJ-CPT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Christoph Borel-Donohue, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses his claims in the above-captioned lawsuit without prejudice.

Dated:  February 11, 2019

Respectfully submitted,

*/s/ James L. Davidson*
James L. Davidson
FL. Bar No.: 723371
**GREENWALD DAVIDSON RADBIL PLLC**
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684
jdavidson@gdrlawfirm.com

*Local Counsel for Plaintiff*

**POMERANTZ LLP**

1

    Jeremy A. Lieberman (Trial Counsel)*
    J. Alexander Hood II*
    Jonathan Lindenfeld*
    600 Third Avenue, 20th Floor
    New York, New York 10016
    Telephone: (212) 661-1100
    Facsimile: (212) 661-8665
    Email: jalieberman@pomlaw.com
    ahood@pomlaw.com
    jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom*
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for Plaintiff*

* *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on February 11, 2019 using the Court's CM/ECF system, which will send notice to all counsel of record.

    /s/ *James L. Davidson*
    James L. Davidson